IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALBERTO BAUTISTA-SANCHEZ, :
    Petitioner : No. 1:14-cr-0009-001
:
v. : (Judge Kane)
:
UNITED STATES OF AMERICA, :
    Respondent :

# ORDER

**AND NOW**, this 31st day of May 2017, **IT IS ORDERED THAT**:

1. Petitioner's motion to vacate (Doc. No. 41-1), is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** civil action number 1:16-cv-01070.

                                                  s/Yvette Kane_____
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania